IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CARL WAYNE CRABTREE | § | |
| v. | § | CIVIL ACTION NO. 6:17cv102 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF ADMINISTRATIVE CLOSING

The Petitioner Carl Crabtree, proceeding *pro se*, filed this application for the writ of habeas corpus under 28 U.S.C. §2254 complaining of the legality of his conviction. This Court referred the case to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Crabtree was convicted of two counts of intoxication manslaughter and one count of intoxication assault with a vehicle, receiving two 20-year sentences and one 10-year sentence. He sought state habeas corpus relief to no avail.

In his federal habeas corpus petition, Crabtree asserts that he received ineffective assistance of counsel in several particulars, resulting in his entering an involuntary guilty plea. He states that some of his grounds for relief were unavailable at the time he filed his state habeas proceedings, and has filed a motion to stay his case to allow him to return to state court and complete the exhaustion process.

After review of the pleadings, the Magistrate Judge issued a Report recommending that the motion to stay be granted and the case administratively closed to permit Crabtree to exhaust his remaining claims in state court. *Rhines v. Webber*, 544 U.S. 269, 277, 125 S.Ct. 1528, 161 L.Ed.2d 440 (2005). The Magistrate Judge further recommended that the stay be conditioned on Crabtree

1

pursuing his state remedies within 30 days of the date of entry of the order of administrative closing and his returning to federal court within 30 days of the date of final disposition of his state court proceedings in the event these proceedings do not grant him the relief he seeks.

No objections were filed to the Report, and the parties are therefore barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc)*. Crabtree did file a "motion for leave to file motion for additional 30 days to pursue state court remedies." In the interest of justice, this will be construed as a motion for extension of the 30-day period in which to pursue his state remedies, and this request should be granted. It is accordingly

**ORDERED** that the Report of the Magistrate Judge (docket no. 6) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled application for the writ of habeas corpus is **ADMINISTRATIVELY CLOSED** and placed on an inactive docket for administrative and statistical purposes. The case may be reopened at such time as Crabtree notifies the Court that all state processes have been completed on the claims he wishes to present in federal court. This administrative closing shall have no effect upon the substantive rights of any party. It is further

**ORDERED** that the Petitioner's motion for extension of time to pursue his state court remedies (docket no. 8) is **GRANTED**. The Petitioner shall have until June 1, 2017, in which to seek habeas corpus relief in state court or otherwise pursue his state court remedies

**So ORDERED and SIGNED this 3rd day of May, 2017.**

Ron Clark, United States District Judge

2